*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 24-BG-0357**

IN RE JASON M. KRUMBEIN,

**DDN:** 2023-D165

An Administratively Suspended Member of
the Bar of the District of Columbia Court of Appeals

**Bar Registration No. 475531**

BEFORE: Beckwith and Easterly, Associate Judges, and Washington, Senior Judge.

**O R D E R**
(FILED—June 20, 2024)

On consideration of the certified order from the Commonwealth of Virginia suspending respondent for 90 days by consent; this court's April 23, 2024, order suspending respondent pending final disposition of this proceeding and directing him to show cause why reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel; and it appearing that respondent has not filed a response or his D.C. Bar R. XI § 14(g) affidavit, it is

ORDERED that Jason M. Krumbein is hereby suspended from the practice of law in the District of Columbia for 90 days. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that there is a rebuttable presumption in favor of imposition of identical discipline and exceptions to this presumption should be rare); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (stating that the rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

No. 24-BG-0354

FURTHER ORDERED that, for purposes of reinstatement, respondent's suspension will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

**PER CURIAM**